**Susan Carol FISLER, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 91–SC–131–KB.**

Supreme Court of Kentucky.

Sept. 15, 1992.

### ORDER

The application of Susan Carol Fisler for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby approved, subject to completing the requirements of SCR 3.500(3), including the suc-

cessful passage of the Bar Examination and payment of costs.

All concur.

ENTERED: September 15, 1992.

/s/ Robert F. Stephens
Chief Justice